JOSEPH W. HANSON & als., appellants from the decision of the County Commissioners of York county.

The Act incorporating the city of Biddeford confers upon the county commissioners power to lay out, within that city, any part of any new county road that shall be laid out in any adjoining town and shall pass into and through the city.

Where the commissioners erroneously decided that they had no jurisdiction in such a case, and the petitioners appealed to this Court, the appeal was held to be well taken. (R. S. of 1857, c. 18, § 34.)

EXCEPTIONS from the ruling of GOODENOW, J.

This was an APPEAL from the decision of the county commissioners of the county of York, "that they have no jurisdiction under the petition" of said Hanson and others; which petition was to lay out a county road from a certain point in the town of Lyman, thence through a portion of the town of Dayton to the city of Biddeford to Chestnut street, thence along said street to Main street, &c.

At the term of the Supreme Judicial Court, when the petitioners' appeal was entered, their counsel moved for the appointment of a committee as the statute provides; the respondents objected, on the ground that an appeal does not lie, in such cases, and moved that the appeal be dismissed, which the Court ordered. Thereupon the appellants excepted.

*I. T. Drew*, in support of the exceptions.

*Tapley, contra.*

The opinion of the Court was drawn up by

APPLETON, C. J., — The road, as petitioned for, is a county road, running from a designated point in Lyman, through Dayton, to the line of the city of Biddeford, thence, through a part of Biddeford, to Main street in said city. By the Act of 1855, incorporating the city of Biddeford, c. 408, § 7, it is provided that "the county commissioners for York

county shall have power to lay out, within said city, any part of any new county road that shall by them be laid out in any adjoining town or towns, and shall pass thence into or through said city, according to the provisions of law," &c. The county commissioners, therefore, manifestly erred in supposing they had no jurisdiction over the road in question.

The appeal was properly taken. By R. S., 1857, c. 18, § 34, all parties interested, who appear at the time of hearing before the county commissioners, may appeal, and, it is not questioned, that the petitioners are parties interested, nor that they so appeared. The appeal, therefore, was erroneously dismissed.                    *Exceptions sustained.*

*Appeal allowed.*

CUTTING, DAVIS, KENT and WALTON, JJ., concurred.